# EXHIBIT B

Garfield Reddick
60134421
Subject: Notification and Severance Materials

Dear Garfield Reddick,

A number of positions within our department have been affected by workforce reduction, and it is with regret that I must inform you that your position has been eliminated. Your employment with Hewlett Packard Enterprise will end on 5/22/2020. We want you to know that we are committed to helping you continue your career. Hewlett Packard Enterprise has engaged Lee Hecht Harrison (LHH), a career transition services firm, to provide you with personalized career transition assistance such as one-on-one career coaching, assistance with your resume, search strategies, networking, interview training and much more.  These services will help you think through employment opportunities (both inside and outside of Hewlett Packard Enterprise) and assist you in your job search process. For more information, please refer to the LHH brochure included with this package.

The following information will help you as you begin the next phase of your career. If you have any additional questions prior to your last day of employment, please create an AskHR case (accessible on the @HPE portal under "Top Tools") and attach supporting material. If you have any additional questions following your last day of employment, please submit your questions through the external **AskHR** support center.

## Your Next Steps

- **Review the content of your notification and severance benefits materials**, which include an estimate of the severance benefits you may be eligible for. Your information package also includes a summary of the Workforce Reduction Plan, job search tools, benefits information, career transition services brochure, frequently asked questions (FAQs), and a leaving checklist. These documents and other helpful information are also available on the **Support for U.S. employees who left HPE under Workforce Reduction (WFR) Program.** This website will be accessible after you terminate from HPE and is password protected.  Regardless of the access point (internal or external) it will always ask for credentials as follows:
    **Username:  nahrservices_wfr@hpe.com**
    **Password:  HPEHR18**
    **External website address is https://content.ext.hpe.com/sites/WFR/Home.page**   ☐   You can also reference the **U.S. Workforce Reduction Program website** for program details.
- **Use the Job Search Manual for guidance on how to explore Hewlett Packard Enterprise's internal job openings, post your resume and apply.**
- **Provide your external email address** to **HR Global Services**. Hewlett Packard Enterprise will email or mail your Legal Waiver and General Release Agreement approximately 14 days after your last day of employment at Hewlett Packard Enterprise.
- **Work with your manager to transition your current workload.**

## Important Dates

| | |
|---|---|
| **Notification Date:** *Your 2-week Notice/WFR Redeployment period starts today* | **5/11/2020** |
| **Last day of employment at Hewlett Packard Enterprise:** *This corresponds to the end of your 2-week Notice period* | **5/22/2020** |
| **Last date to submit your Waiver and General Release Agreement:** *Sign/Return Date by 5pm PT on or within 60 days from your designated last day of employment* | **7/21/2020** |

During your two-week notice/WFR Redeployment period, we encourage you to begin your career transition and job search process.  If, at the conclusion of the WFR Redeployment period you have not accepted a direct assignment or other job offer, and have not terminated your employment with Hewlett Packard Enterprise, your employment will end on your designated last date of employment mentioned above.

*Consistent with requirements of the Federal Worker Adjustment and Retraining Notification Act ("WARN"), be advised that this employment termination under the Workforce Reduction Program may be part of a mass*

layoff/plant closing any questions, please contact the WARN Act. The planned layoff is permanent, and there will be no bumping rights. Please refer to the U.S. HR Shared Services team at
HR_Global_Services_USA_WFM@hpe.com. additional information concerning payments provided under the Program and WARN. If you have



Subject: Severance Payment Estimate

In preparation for your last day at Hewlett Packard Enterprise, which is 5/22/2020, this document provides you with important information about your severance payment and the tasks you need to accomplish before you leave.

**Severance Payment Estimate.** The Summary Plan Description (SPD) provides additional information about how the severance payment was calculated. You can find a copy of the SPD in your Notification Pack or on the **U.S. Workforce Reduction Program** website.

**60-day pay and benefit equivalent payments**. As part of the Hewlett Packard Enterprise Workforce Reduction (WFR) program, you will receive three separate lump-sum payments representing the estimated value of base pay and certain Hewlett Packard Enterprise benefits that might have otherwise been provided to you during the 60-day period following the end of your employment. The chart and example in your package provide details about how the three separate payments are calculated and paid.

In the coming weeks, you can expect to receive the following:

**Two weeks after your designated last day of employment,** U.S. Payroll will direct deposit (if you are enrolled) or mail your 60 day Pay Equivalent payment.

**Two weeks after your designated last day of employment,** a Waiver and General Release Agreement will be sent to your personal email address. You must sign and return this waiver, unaltered, per the instructions stated on the waiver agreement.

**Approximately 45 to 60 days after your designated last day of employment,** U.S. Payroll will direct deposit (if you are enrolled) or mail your 60 day Benefits Equivalent payments.

**Approximately 60 to 90 days after your designated last day of employment,** if you have not accepted another job with Hewlett Packard Enterprise during the 60 day Preferential Rehire Period and Hewlett Packard Enterprise received your signed unaltered waiver, U.S. Payroll will direct deposit (if you are enrolled) or mail a check for the net cash severance payment you are due (if applicable) to your home address.

If you have questions about your severance payment, please submit an AskHR case. If you have any additional questions about your severance payment following your last day of employment, please submit your questions through the external **AskHR** support center.

As you enter the next phase of your career, we would like to thank you for your contributions to Hewlett Packard Enterprise and wish you the best of luck in your future endeavors.

*Enclosure:*
Severance Payment Estimate Statement

Hewlett Packard Enterprise Confidential



# Severance Payment Estimate Statement

Employee Name: Garfield Reddick
Employee Number: 60134421

Under the terms of the Hewlett Packard Enterprise Workforce Reduction Plan (the Plan), you may be eligible for a cash severance benefit of an amount equal to eleven weeks' base pay.  If you have more than eleven years of qualifying service with the company, you will receive an additional 0.4 weeks' (2 days') base pay for every year of qualifying service beyond eleven years.

Your initial severance payment will be a 60-day pay equivalent advance payment which is intended to provide approximately equivalent value for your pay and certain HPE benefits, as if you had continued employment for an additional 60 days. Your final cash severance payment will be reduced by this amount. The Summary Plan Description (SPD) contains more information on how these amounts are calculated, including an example.

If you satisfy the conditions for receiving severance pay, including signing and returning the unaltered Waiver and General Release Agreement and if you have not accepted another job with Hewlett Packard Enterprise at the end of the 60 day Preferential Rehire Period which follows your designated last day of employment, you will receive your final Severance Payment (net of all applicable withholdings) in a lump sum approximately 60 to 90 days after your last day of employment, in the next scheduled pay cycle.

| | |
|---|---|
| Weekly Base Pay Rate (Used to calculate total severance) | $1,386.55 |
| Hewlett Packard Enterprise Qualifying Years of Service [Estimated as of your designated last day of employment] | 2.3 |
| Severance Payment Amount (11 weeks, plus 2 days for every year of qualifying service beyond eleven years) | $15,252.05 |
| Minus 60-day  pay equivalent | $11,884.67 |
| Total Net Severance Payment Amount (before tax withholding) to be paid to employee if the "Waiver and General Release Agreement" is submitted within the specified timeframe | $3,367.38 |

Please reference the Summary Plan Description (SPD) for important information including definitions of terms and how your Severance Payment is calculated.

Case 1:20-cv-04597-LMM   Document 1-2   Filed 11/10/20   Page 5 of 5

Page **3** of **3**