# EXHIBIT C

# Fighting Back Against Age Discrimination

There have been at least 92 age-discrimination complaints filed against 14 big-name technology companies in California since 2012, according to the state's Department of Fair Employment and Housing.

The complainants say they've been pushed out of jobs in favor of candidates in their 20s and 30s, who are perceived as being more innovative or creative.

Hewlett Packard has received the most allegations of age discrimination in recent years—25 since January 2014. One result is a class action filed by four former employees—boomers laid off at ages 52, 54, 62 and 63—who assert that HP "has shed thousands of its older employees" and alleges that a corporate policy introduced in 2013 called for 75 percent of job openings to be filled with new graduates or early-career techies. HP has said hiring was unrelated to age.

Other tech giants accused of age discrimination include Facebook, Yahoo, Google and Twitter. Many of these companies boast about how many millennials they employ, says Laurie McCann, senior attorney with AARP Foundation Litigation.